FILED
4/14/08
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TERESA L. VANAMAN,

    Plaintiff,

Case No. 3:08-cv-375-J-33HTS

-vs-

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

## NOTICE OF REMOVAL OF DEFENDANT NCO FINANCIAL SYSTEMS, INC.

Pursuant to 28 U.S.C. §§ 1331, 1343, 1441, 1446, and 1447, Defendant, NCO Financial Systems, Inc. ("NCO"), hereby removes the above captioned civil action from the Fourth Judicial Circuit Court, Duval County, Florida, to the United States District Court for the Middle District of Florida. The removal of this civil case is proper because:

1. NCO is the only defendant in this civil action in the Fourth Judicial Circuit Court, Duval County, Florida titled "*Teresa L. Vanaman v. NCO Financial Systems, Inc.*" (hereinafter, the "State Court Action").

2. NCO removes this case on the basis of the Fair Debt Collection Practices Act, Title 15 U.S.C. § 1692 ("FDCPA"), as the Plaintiff's Complaint claims relief based on abusive practices in violation of federal law.

3. Attached hereto as **Exhibit "A"** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

4. A copy of this Notice of Removal is being served upon Plaintiff and filed concurrently with the Clerk of the Fourth Judicial Circuit Court, Duval County, Florida.

WHEREFORE, NCO hereby removes to this Court the State Court Action.

Respectfully submitted,

*Dayle M. Van Hoose*

Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.P.
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida 33634
Telephone No.: (813) 890-2460
Facsimile No.: (813) 889-9757

Attorneys for Defendant,
NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that on this ___9th___ day of April, 2008, a copy of the foregoing served by U. S. Mail to the following:

Brian P. Parker
Law Offices of Brian P. Parker, P.C.
30700 Telegraph Road, Suite 1580
Bingham Farms, MI 48025

*Dayle M. Van Hoose*
Attorney

N:\NCO\Vanaman, Teresa (6947-08-22715)\Pleadings\Removal Documents - Federal Court.doc