UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TERESA L. VANAMAN,

      **Plaintiff,**

-vs-                                        Case No.: 3:08-cv-375-J-33HTS

NCO FINANCIAL SYSTEMS INC.,

      **Defendant.**
_____/

| | |
|---|---|
| LAW OFFICES OF BRIAN P. PARKER, P.C. | SESSIONS, FISHMAN, NATHAN, |
| BRIAN P. PARKER (0980668) | & ISRAEL, L.L.P. |
| Attorney for Plaintiff | DAYLE M. VAN HOOSE (016277) |
| 30700 Telegraph Rd., Suite 1580 | Attorney for the Defendant |
| Bingham Farms, MI 48025 | 9009 Corporate Lake Dr, Suite 300-S |
| (248) 642-6268 | Tampa, FL 33634 |
| (248) 642-8875 (FAX) | (813) 890-2460 |
| lemonlaw@ameritech.net | (813) 889-9757 (FAX) |
| www.collectionstopper.com | |

_____/

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.

| | |
|---|---|
| BRIAN P. PARKER, P.C. | SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.P. |
| s/Brian P. Parker | s/ Dayle M. Van Hoose (w/consent) |
| BRIAN P. PARKER (P48617) | DAYLE M. VAN HOOSE (016277) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30700 Telegraph Rd., Ste. 1580 | 9009 Corporate Lake Dr, Suite 300-S |
| Bingham Farms, MI 48025 | Tampa, FL 33634 |
| (248) 642-6268 | (813) 890-2460 |
| lemonlaw@ameritech.net | dvanhoose@sessions-law.biz |

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

At a session of said Court held in the City of Detroit, County of Wayne, State of Michigan, on _____

PRESENT: HON. _____
UNITED STATES DISTRICT COURT JUDGE

This matter having come before this Honorable Court pursuant to Stipulation hereto attached; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.

_____
UNITED STATES DISTRICT COURT JUDGE